IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS A. CLAWSON**                                                **PLAINTIFF**

v.                                **CAUSE NO. 1:16CV240-LG-RHW**

**WAL-MART STORES, INC.**                                  **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. Plaintiff's claims against the defendant are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 18th day of September, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE